# United States Court of Appeals
## For the First Circuit

---

No. 02-1393

UNITED STATES OF AMERICA,
Appellee,

v.

FLOR DE MARÍA CACHO-BONILLA,
Defendant, Appellant.

---

No. 02-1394

UNITED STATES OF AMERICA,
Appellee,

v.

WALDEMAR PÉREZ-QUINTANA,
Defendant, Appellant.

---

**JUDGMENT**
Entered: April 14, 2005

This cause came on to be heard on appeal from the United States District Court for the District of Puerto Rico, and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The conviction of Flor de Maria Cacho-Bonilla on count 3 is vacated but the judgment of conviction on the remaining counts and the sentences and forfeitures are affirmed. The matter is remanded for correction of the judgment on count 3, removal of the special assessment on that count and possible retrial on count 3 if the government is so minded.

**By the Court:**

RICHARD CUSHING DONOVAN

---
Richard Cushing Donovan, Clerk

[Certified copies to Hon. Daniel R. Dominguez and Ms. Frances de Moran, Clerk, United States C District Court for Puerto Rico. Copies to Ms. Kellogg de Jesus, Mr. Klumper, Ms. Goodman, Mr. Arroyo-Alejandro, & Mr. Castro-Lang.]