IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>**Flor de Maria Cacho-Bonilla**, et als…<br><br>Defendant | CRIMINAL NO.   97-145 (DRD) |

**MOTION FOR CANCELLATION OF CAUTIONARY NOTICE**

TO THE HONORABLE COURT:

Comes now, the United States of America, through and by the undersigned attorneys and very respectfully prays and states as follows:

The criminal indictment in the present case included forfeiture allegations against substitute assets pursuant to Title 18, United States Code, Section 982(a)(1).  At the request of the United States, the Court issued an order instructing the Property Registrar to enter a Cautionary Notice on the property described as:    URBANA: SOLAR MARCADO CON EL NUMERO 7 DEL BLOQUE D DE LA CALLE NUMERO 1 EN EL PLANO DE INSCRIPCION DE LA URBANIZACION QUINTAS DE SAN LUIS, LA CUAL ESTA LOCALIZADA EN EL BARRIO RIO CAÑAS DEL TERMINO MUNICIPAL DE CAGUAS, PUERTO RICO, CON UNA CABIDA SUPERFICIAL DE 1,448.766 METROS CUADRADOS. EN LINDES POR EL NORTE, EN UNA DISTANCIA DE 53.02 METROS, CON EL SOLAR D- Y EL SOLAR D-17; POR EL SUR, EN UNA DISTANCIA DE 42.65 METROS CON EL SOLAR D-6; POR EL ESTE, EN UNA DISTANCIA DE 32.50 METROS, CON LA CALLE NUMERO 1; Y POR EL OESTE, EN UNA DISTANCIA DE 29.55 METROS CON FRANCISCO ROVIRA.

On February 27, 2002, the U.S. Marshals filed notice of execution of cautionary notice as to the Property and to Waldemar Perez Quintana (See Docket #300)

The United States respectfully requests this Honorable Court to issue and order for the cancellation of the Cautionary Notice on the property described in the present motion.

WHEREFORE, it is respectfully requested from this Honorable Court to enter an order instructing the Registrar of the Property of the Registry of Property of Caguas I, Puerto Rico, to cancel the Lis Pendens on the above described property.

Certificate of Service: I do hereby certify that on this date I electronically filed the forgoing motion with the Clerk of this Court using CM/ECF system, which will send notice of such filing to all appearing parties.

 H. S. GARCIA
United States Attorney

S/Maritza González
**Maritza González**
Assistant U.S. Attorney
USDC # 208801
 # 350 Chardon St.
1201 Torre Chardón Building
Hato Rey, Puerto Rico  00918
Tel. (787) 766-5656
Fax.(787) 766-6219
maritza.gonzalez.@usdoj.gov