IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>**Flor de Maria Cacho-Bonilla**, et als...<br><br>Defendant | CRIMINAL NO. 97-145 (DRD) |

### ORDER

Upon motion by the United States, requesting an order to lift the Cautionary Notice entered in the property described below, and been duly advised of all the facts, this Court hereby:

ORDERS, ADJUDGES, AND DECREES

that the Property Registrar for the pertinent section of the Registry of Property of the Commonwealth of Puerto Rico, cancel the Cautionary Notice from the records of the Registry, insofar as it affects the real property herein described:

> ONE URBAN LOT KNOWN AS:
> URBANA: SOLAR MARCADO CON EL NUMERO 7 DEL BLOQUE D DE LA CALLE NUMERO 1 EN EL PLANO DE INSCRIPCION DE LA URBANIZACION QUINTAS DE SAN LUIS, LA CUAL ESTA LOCALIZADA EN EL BARRIO RIO CAÑAS DEL TERMINO MUNICIPAL DE CAGUAS, PUERTO RICO, CON UNA CABIDA SUPERFICIAL DE 1,448.766 METROS CUADRADOS. EN LINDES POR EL NORTE, EN UNA DISTANCIA DE 53.02 METROS, CON EL SOLAR D- Y EL SOLAR D-17; POR EL SUR, EN UNA DISTANCIA DE 42.65 METROS CON EL SOLAR D-6; POR EL

ESTE, EN UNA DISTANCIA DE 32.50 METROS, CON LA CALLE NUMERO 1; Y POR EL OESTE, EN UNA DISTANCIA DE 29.55 METROS CON FRANCISCO ROVIRA.

In San Juan, Puerto Rico, this 21 day of October 2005.

_____
DANIEL R. DOMINGUEZ
UNITED STATES DISTRICT JUDGE