UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff<br><br>v.<br><br>FLOR DE MARIA CACHO-BONILLA<br>    Defendant | CRIMINAL NO. 97CR145-01(DRD) |

NOTICE TO THE COURT

TO THE CLERK OF THE COURT:

    Plaintiff through the undersigned attorney hereby informs the Court that the Special Monetary Assessment and Fine imposed in this case has been satisfied in full by defendant Flor de Maria Cacho-Bonilla.

    I hereby certify that on this date a true copy of this motion was sent to Eustaquio Babilonia, Chief U.S. Probation Office, District of Puerto Rico.

    In San Juan, Puerto Rico, this 27th day of July 2007.

    ROSA EMILIA RODRIGUEZ VELEZ
    UNITED STATES ATTORNEY

    S/ REBECCA VARGAS VERA
      Assistant U.S. Attorney
      Financial Litigation Unit
      USDC ID NO. 203307
      Torre Chardon, Suite 1201
      350 Carlos Chardon Street
      San Juan, Puerto Rico  00918
      Tel. 766-5656